1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CARLOS ACOSTA,                          No. 2:18-cv-2476 CKD P

12                 Plaintiff,

13          v.                               ORDER

14   B. CAYEN,

15                 Defendant.

16

17          Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks

18   relief pursuant to 42 U.S.C. § 1983.

19          On May 1, 2019, the court ordered the United States Marshal to serve the complaint on

20   defendants. Process directed to defendant B. Cayen was returned unserved because the United

21   States Marshal was unable to locate defendant based on the address provided by the CDCR or

22   through additional investigative work. See ECF No. 13. Plaintiff must provide additional

23   information in order to serve this defendant. Plaintiff shall promptly seek such information

24   through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other

25   means available to plaintiff. If access to the required information is denied or unreasonably

26   delayed, plaintiff may seek judicial intervention.

27          Accordingly, IT IS HEREBY ORDERED that:

28          1. The Clerk of the Court is directed to send to plaintiff one USM-285 form, along with

1

an instruction sheet and a copy of the complaint filed September 10, 2018;

2. Within sixty days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following documents:

    a. One completed USM-285 form for each defendant;

    b. Two copies of the endorsed complaint filed September 10, 2018; and

    c. One completed summons form (if not previously provided) or show good cause why he cannot provide such information.

Dated: January 8, 2020

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/acos2476.8e

2

1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARLOS ACOSTA,                          No.  2:18-cv-2476 CKD P

12                    Plaintiff,

13         v.                                 NOTICE OF SUBMISSION OF
                                              DOCUMENTS
14    B. CAYEN,

15                    Defendant.

16

17          Plaintiff hereby submits the following documents in compliance with the court's order

18    filed _____ :

19          _____       completed summons form

20          __1__       completed USM-285 form

21          __2__       copies of the ___September 10, 2018___
                                         Complaint
22

23    DATED:

24

25                                           _____
                                             Plaintiff
26

27

28
                                              3